**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

WHAM-O HOLDING, LTD. and
INTERSPORT CORP. d/b/a WHAM-O,

    Plaintiffs,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 19-cv-00137

Judge Rebecca R. Pallmeyer

Magistrate Judge Jeffrey T. Gilbert

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 207 | robin.kim |
| 158 | Jewelryconcept |
| 166 | Lalangjewelry |
| 309 | Fantastic_tune |
| 398 | Roomside |
| 321 | Guilanb |
| 351 | Kenniya96 |
| 273 | Beatable |
| 443 | yechen |
| 463 | Star Business |
| 197 | pleasantrade |
| 163 | Kidstoy657 |
| 60 | 9enjoyshopping |
| 178 | Moosada |
| 151 | Igeeda |
| 120 | Enerang |
| 236 | Veesang |
| 67 | areeso |
| 68 | artesdeportes |
| 291 | Dafan International |

| | |
|---|---|
| 261 | acornsplaza |
| 441 | YANQINA Flag Store |
| 272 | bczm |
| 401 | RUNSTAR Flag Store |
| 281 | buybyapple |
| 344 | Jani shoes fine line |
| 83 | bosity |
| 114 | e2wholesale |
| 180 | motortradeonline |
| 229 | thamesmall |
| 133 | gentoys |
| 152 | importjewelrylover |
| 239 | watchinweb |
| 232 | tradeonlineroyal |
| 76 | beautylady365 |
| 170 | mekingstudio-cn01 |
| 175 | mkstudio |

DATED: March 14, 2019        Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
1033 South Blvd., Suite 200
Oak Park, Illinois 60302
Telephone: 708-203-4787
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on March 14, 2019 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt