**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

WHAM-O HOLDING, LTD. and
INTERSPORT CORP. d/b/a WHAM-O,

    Plaintiffs,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 19-cv-00137

Judge Rebecca R. Pallmeyer

Magistrate Judge Jeffrey T. Gilbert

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 103 | Deal-good |
| 104 | Dealsforyou04 |
| 302 | Downey 328 |
| 365 | Ly2017ly |
| 262 | Adilceazo |
| 263 | Adriatic |
| 427 | wales530 |
| 325 | Hanover |
| 271 | Baphuon |
| 357 | lan43an |
| 299 | Djibouti |
| 270 | Balyanamoon |
| 280 | Bonampak |
| 330 | hawaii |
| 314 | Felton |
| 94 | Citydiscount |
| 246 | xiaochali0 |
| 79 | bigdealforyou2014 |
| 162 | kansasdeal |
| 81 | blackgall2014 |

| | |
|---|---|
| 91 | cheers2016 |
| 203 | queensny2018 |
| 121 | eroute66 |
| 238 | watch_deal |
| 140 | greatorleans |
| 155 | jefferson1813 |
| 142 | greatspringfield |
| 101 | dallasdeal |
| 115 | easyshopping66 |
| 90 | charlton98 |
| 84 | broadfashion |
| 215 | seattle2003 |
| 250 | yichengmall2014 |
| 252 | yishengmall2014 |
| 194 | phoenix1816 |
| 195 | phoenix1900 |
| 177 | monterey2012 |
| 106 | denver0806 |
| 71 | auwoodfashion |
| 189 | ozpittosporum93 |
| 1 | aidawu-1 |
| 16 | salewish |
| 130 | futurebuy21 |
| 187 | okstores |
| 479 | Tyra Fitness |
| 77 | bestbusy |
| 296 | dengyukejimaoyiyouxiangongsi |

DATED: March 21, 2019          Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
1033 South Blvd., Suite 200
Oak Park, Illinois 60302
Telephone: 708-203-4787
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on March 21, 2019 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                                    */s/ Keith A. Vogt*
                                                    Keith A. Vogt