**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

WHAM-O HOLDING, LTD. and
INTERSPORT CORP. d/b/a WHAM-O,

    Plaintiffs,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 19-cv-00137

Judge Rebecca R. Pallmeyer

Magistrate Judge Jeffrey T. Gilbert

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 72 | awx118 |
| 257 | zhutangkelly2017 |
| 153 | In venno |
| 216 | shidehe201314 |
| 217 | shidehe2014 |
| 87 | buyinsoonhua |
| 65 | aotoper |
| 201 | prosonhua |
| 11 | leaders* |
| 221 | soonhua_digital |
| 93 | chuanhu-store |
| 200 | power-ful |
| 88 | carhua20175 |
| 159 | jianancar |
| 95 | colorsleaf |
| 227 | super_deal321 |
| 244 | Worldtrade100 |
| 161 | jianjianstore |
| 256 | zhengzheng2011 |
| 223 | sports_deal365 |

| | |
|---|---|
| 116 | echoii_mall |
| 96 | costsmoons |
| 62 | agreatshoppingmall |
| 204 | ratingstars |
| 119 | emarketslinestore |
| 230 | tinycartsmall |
| 181 | myeshopdealstore |
| 5 | cooldealmate |
| 3 | blingzingshop |
| 128 | fulllove365 |
| 107 | Der_beste |
| 145 | helishop2015 |
| 168 | lusomuch |
| 185 | nicesumer |
| 237 | walk-inrain |
| 131 | galaxycentre13 |
| 193 | pgcq3156 |
| 4 | Ch-7620 |
| 9 | doorroom |
| 22 | uncle_ding |
| 74 | be_there |
| 214 | sboautoparts |
| 367 | maomaocao |
| 349 | kelejichi |
| 338 | huangdouya |
| 416 | sunnysunnyday |
| 176 | modernlook777 |
| 77 | bestbusy |
| 296 | dengyukejimaoyiyouxiangongsi |
| 82 | bon-estore |
| 172 | mhestore2009 |
| 61 | aaunt |
| 228 | supersummer_sr |
| 86 | buyindiscount_cz |
| 110 | Dream-seller |
| 150 | huminh_97 |
| 132 | Gelivable.2u |
| 396 | Rightyou |
| 171 | Mesucasports |
| 474 | JOEREX Official Store |
| 7 | dailydeal2013 |
| 99 | Dailyappliance2010 |
| 149 | Huangxia36 |
| 24 | zhangxiaolin2018 |

| | |
|---|---|
| 362 | Love from mother |
| 6 | cy-monsters |
| 435 | wulixy |
| 210 | salamoeri2015 |
| 209 | salamoeri2015 |
| 211 | salamoeri2015 |
| 127 | fst-123_7 |
| 63 | andilele |
| 190 | pandacars2012 |
| 56 | 0630490 |
| 143 | happyshopping1812 |
| 174 | milyonline |
| 188 | onetwofreeshop |
| 64 | anmashomebi |
| 208 | runmylife2015 |

DATED: March 29, 2019　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Keith A. Vogt*
　　　　　　　　　　　　　　　　　　　　Keith A. Vogt (Bar No. 6207971)
　　　　　　　　　　　　　　　　　　　　Keith Vogt, Ltd.
　　　　　　　　　　　　　　　　　　　　1033 South Blvd., Suite 200
　　　　　　　　　　　　　　　　　　　　Oak Park, Illinois 60302
　　　　　　　　　　　　　　　　　　　　Telephone: 708-203-4787
　　　　　　　　　　　　　　　　　　　　E-mail: keith@vogtip.com

　　　　　　　　　　　　　　　　　　　　***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

　　　The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on March 29, 2019 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

　　　　　　　　　　　　　　　　　　　　*/s/ Keith A. Vogt*
　　　　　　　　　　　　　　　　　　　　Keith A. Vogt