IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WHAM-O HOLDING, LTD. and INTERSPORT CORP. d/b/a WHAM-O, | |
| Plaintiffs, | Case No.: 19-cv-00137 |
| v. | Judge Rebecca R. Pallmeyer |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Jeffrey T. Gilbert |
| Defendants. | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 245 | Worr8999 |
| 375 | muxingren |
| 386 | Panda88shop |
| 422 | tankergo |
| 320 | Gredeshop |
| 448 | Yun hung daily necessities |
| 471 | Greater China sales shop |
| 412 | Singida |
| 364 | luojunliaiyang |
| 444 | yingyingshoping |
| 353 | kimsbikes0909 |
| 12 | mxtsky |
| 148 | hotchobby6 |
| 19 | taylorswift |
| 288 | circlepiece |
| 265 | anorangeapen |

| 324 | handsomeoldman |
| --- | --- |
| 363 | lovefeng888 |
| 316 | funfunstore |
| 298 | dingdingjiachaoliunvzhuang |

DATED:  April 12, 2019         Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
1033 South Blvd., Suite 200
Oak Park, Illinois 60302
Telephone: 708-203-4787
E-mail:  keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on April 12, 2019 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt